Form 12C
(11/19)

FILED UNDER SEAL PURSUANT TO ADMINISTRATIVE ORDER

# United States District Court
## for the
## Northern District of Iowa

### Prob 12 C - Petition to Revoke Supervision - Warrant
*(COPY AUSA ONLY)*
*(Items identified with \* have been added to the original petition for warrant or summons)*

| | |
|---|---|
| **Offender:** | Tracy Ryan Fournier |
| **Docket No.:** | CR 12-4117-1-LTS<br>CR 15-4090-1-LTS |
| **Jurisdiction Obtained:** | CR 12-4117-1-LTS: December 17, 2012 from District of Wyoming |
| **Sentencing Judge:** | CR 12-4117-1-LTS: Alan B. Johnson, United States District Judge<br>CR 15-4090-1-LTS: The Honorable Leonard T. Strand, Chief United States District Court Judge |
| **Date of Sentence:** | CR 12-4117-1-LTS: November 8, 2006<br>CR 15-4090-1-LTS: September 8, 2016 |
| **Offense:** | CR 12-4117-1-LTS: Conspiracy to Possess with Intent to Distribute, and to Distribute Methamphetamine<br>CR 15-4090-1-LTS: Escape from Custody |
| **Criminal History Category:** | CR 12-4117-1-LTS: IV<br>CR 15-4090-1-LTS: IV |
| **Original U.S.S.G. Range:** | CR 12-4117-1-LTS: 151 to 188 months imprisonment, a 5 year Term of Supervised Release<br>CR 15-4090-1-LTS: 8 to 14 months imprisonment, a 1 to 3 year Term of Supervised Release |
| **Sentence Imposed:** | CR 12-4117-1-LTS: 151 months imprisonment, a 5 year Term of Supervised Release<br>CR 15-4090-1-LTS: 46 months imprisonment, a 1 year Term of Supervised Release (Concurrent with CR-12-4117-1-LTS) |
| **Original Supervision Start Date:** | CR 12-4117-1-LTS: October 25, 2012<br>CR 15-4090-1-LTS: August 21, 2020 |
| **Revocation:** | CR 12-4117-1-LTS: November 25, 2013: 24 months imprisonment, a 2 year Term of Supervised Release |
| **Second Supervision Start Date:** | CR 12-4117-1-LTS: August 19, 2015 |
| **Second Revocation:** | CR 12-4117-1-LTS: September 8, 2016: 46 months imprisonment (Concurrent with 15-4090-1-LTS) |
| **Modification(s):** | None |

United States v FOURNIER, Tracy
Petition to Revoke Supervision
Page 2

| | |
|---|---|
| **Assistant United States Attorney:** | CR 12-4117-1-LTS: Timothy Duax |
| | CR 15-4090-1-LTS: Kevin Fletcher |
| **Defense Attorney:** | Alan Stoler |

## PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons
☐ To address the alleged violations at the revocation hearing.

**The probation officer believes that the offender has violated the following condition(s) of supervision:**

### CURRENT VIOLATION(S) TO BE ADDRESSED BY THE COURT

The defendant began her third term of supervision on August 21, 2020. On September 9, 2020, this officer attempted to contact the defendant at her residence. This officer called the defendant to ask that she come outside of her apartment to meet when she responded she was not home. This officer asked the defendant where she was, and she indicated she was at a friend's house and they would not allow her to provide their address to probation or allow probation to visit her at their residence. *(Violation #1)*

On September 3, 2020, the defendant submitted a urine sample that was dilute (see attached report). *(Violation #2)*

On September 25, 2020, this officer was contacted by Deputy Devin Groehagen with the Woodbury County Sheriff's office. Deputy Groehagen indicated he had stopped a vehicle driven by the defendant when she was driving with no lights on her vehicle and she nearly t-boned his vehicle. Deputy Groehagen stated both the defendant and the passenger appeared intoxicated or high from a controlled substance. Deputy Groehagen stated he asked the defendant if she was high and she reportedly started crying and said, "I'm sorry".

On September 26, 2020, the defendant was directed to provide a urine sample at Dismas Charities. The staff at Dismas reported when the defendant arrived, she was shaking and stated she was in a hurry. They reported she only provided a small sample and stated she could not produce a sample because staff was "staring at her". The staff also noted the sample provided was colder than a typical urine sample. The sample was sent for testing and did test negative.

On October 9, 2020, this officer was notified that the urine sample provided by the defendant on September 28, 2020, was presumptive positive for amphetamines. The sample was sent for confirmation testing and did test negative.

On October 19, 2020, this officer was notified that the defendant was incarcerated at the Woodbury County Jail. On October 16, 2020, the defendant was stopped by the Woodbury County Sheriff's office and charged with Possession with Intent to Deliver Methamphetamine (see attached report). *(Violation #3)*

| Violation | Condition(s) | |
|---|---|---|
| 1 | *Standard Condition #10*: Failure to Allow Probation Officer Visit | Admitted to USPO |
| 2 | *Special Condition #1*: Failure to Participate in Substance Abuse Treatment | Denied |
| 3 | *Mandatory Condition:* New Law Violation | Not Confronted |

United States v FOURNIER, Tracy
Petition to Revoke Supervision
Page 3

**United States Probation Officer Recommendation:**

The United States Probation Office will file a separate recommendation prior to the scheduled revocation hearing in this matter.

**UNITED STATES PROBATION DECLARATION:** I declare under penalty of perjury the foregoing is true and correct.

Ronica Towns
Senior United States Probation Officer
Executed on: 10/19/2020

Approved:

Darryl Weidner
Supervising United States Probation Officer

## THE COURT ORDERS

[X] The issuance of a warrant.

[ ] Other: _____

Leonard T. Strand
Chief United States District Court Judge

Date 10/19/20