**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
123 East Walnut Street
Des Moines, Iowa 50309
Tel: (515) 284-6248

**WESTERN  DIVISION**
U. S. Post Office and Federal Building
8 South 6th Street, Room 313
Council Bluffs, Iowa 51501
(712) 328-0283

**EASTERN  DIVISION**
131 East 4th Street, Suite 150
Davenport, Iowa 52801
(563)884-7607

Northern District of Iowa

Transfer of  ☐ Criminal Case   or  ☑ Magistrate Case
SDIA Case No. 4:21-mj-00739-SHL-1          Case Title: USA v. Fournier, Case Nos. 12CR4117 & 15CR4090

Dear Sir/Madam:

**Pursuant to F.R.CR.P.  5:**
☑ This is an electronically filed case and the documents are available through Pacer
☐ Certified copy of case file documents (Filed prior to November 1, 2004**) and docket sheet
☐ Not for public view document (pursuant to Judicial Conference policy)
☑ Other Sealed Financial Affidavit emailed separately
**Pursuant to ☐ F.R.CR.P.  20 / ☐ F.R.CR.P.  21:**
☐ This is an electronically filed case and the documents are available through Pacer.
☐ Certified copy of case file documents (Filed prior to November 1, 2004**) and docket sheet
☐ Not for public view document (pursuant to Judicial Conference policy)
☐ Other _____
**Pursuant to 18 U.S.C. § 3605  Transfer of Jurisdiction  ☐ Supervised Release    ☐ Probation**
☐ This is an electronically filed case and the documents are available through Pacer.
☐ Certified copy of case file documents (Filed prior to November 1, 2004**) and docket sheet
☐ Not for public view document (pursuant to Judicial Conference policy)
☐ Other _____

---

**\*\*Note: Documents filed on or after November 1, 2004 are available electronically through PACER.**
Electronically filed documents can be retrieved by using your court's PACER account .

---

Sincerely,

Clerk, U.S. District Court

By /s/ M. Mast
     Deputy Clerk

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

Please acknowledge receipt via e-mail to the address listed below and provide the case number assigned in your district:

Iasd_casemanagers@iasd.uscourts.gov

Clerk, U.S. District Court

12/16/2021

Date

By:      s/Sarah Melvin

Deputy Clerk